LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
MONIQUE C. WINKLER (213031)
SHANA E. SCARLETT (217895)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
    – and –
WILLIAM S. LERACH (68581)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROSEN, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>               Defendants. | No. C-04-4802-JW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS |

Pursuant to Fed. R. Civ. P. 16(e), Civil L. R. 16-10(b), and *Manual for Complex Litigation, Third* §§21.12, 21.21 and 33.3 (1995), the parties stipulate, and the Court hereby orders, as follows:

### CONSOLIDATION OF RELATED CASES

1.      The actions listed on Exhibit A are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C-04-4802-JW for pretrial proceedings before this Court. The consolidated action shall be captioned: "*In re IMPAX Laboratories, Inc. Securities Litigation.*"

2.      All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the Order is mailed to the party's counsel, pursuant to ¶7, *infra*.

3.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

### MASTER DOCKET AND CAPTION

4.      The docket in Civil Action No. C-04-4802-JW shall constitute the Master Docket for this action.

5.      Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) | Master File No. C-04-4802-JW |
|---|---|---|
| This Document Relates To: | ) ) ) ) | CLASS ACTION |

6.      The file in Civil Action No. C-04-4802-JW shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS - C-04-4802-JW — - 1 -

122077.00601/35660193v1

1  "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. C-04-4802-JW (Rosen)").

7. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

   (a) place a copy of this Order in the separate file for such action;

   (b) serve on plaintiff's counsel in the new case a copy of this Order;

   (c) direct that this Order be served upon defendants in the new case; and

   (d) make the appropriate entry in the Master Docket.

## LEAD PLAINTIFF'S COUNSEL

8. After the Court has designated a lead plaintiff, pursuant to 15 U.S.C. §78u-4(a)(3)(B), the lead plaintiff shall designate a law firm or firms to serve as lead plaintiff's counsel, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead plaintiff's counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead plaintiff's counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead plaintiff's counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead plaintiff's counsel shall be responsible for communications with the Court. Lead plaintiff's counsel shall maintain a master service list of all parties and counsel.

9. Defendant's counsel may rely upon agreements made with lead plaintiff's counsel. Such agreements shall be binding on all plaintiffs.

10. Any counsel of record for a party in this action who is not a member of the Bar of this District is hereby admitted to practice *pro hac vice* in this action.

## DOCUMENT PRESERVATION

11. Counsel for the parties shall notify their clients of their document preservation obligations pursuant to the federal securities laws and local rules.

## PLEADINGS AND MOTIONS

12. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

13. Lead plaintiff shall file a consolidated complaint within sixty (60) days after the filing of the order designating the lead plaintiff, unless otherwise agreed upon by the parties. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

14. Defendants shall respond to the consolidated complaint within forty-five (45) days after service, unless otherwise agreed upon by the parties. If defendants file any motions directed at the consolidated complaint, the opposition and reply briefs shall be filed within forty-five (45) days and thirty (30) days, respectively, of that response, unless otherwise agreed upon by the parties.

15. The parties shall serve all papers on each other in accordance with Northern District Local Rules by hand, by overnight delivery, or (by prior agreement) by facsimile, unless otherwise agreed upon by the parties. After the appointment of lead plaintiff's counsel, defendants need only serve lead plaintiff's counsel with any papers in this action. Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than lead plaintiff's counsel, by first-class mail, unless otherwise agreed upon by the parties.

DATED: January 12, 2005

BLANK ROME LLP
JOSEPH O. CLICK

_____
JOSEPH O. CLICK
600 New Hampshire Ave. NW
Washington, DC 20037
Telephone: 202/772-5966
202/572-8361 (fax)

STIPULATION AND [XXXXXXXX] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS - C-04-4802-JW
- 3 -

122077.00601/35660193v1

|   |   |
|---|---|
| 1 |  |
| 2 | ALLEN MATKINS LECK GAMBLE<br>& MALLORY LLP<br>LINBERGH PORTER |
| 3 |  |
| 4 | *Lindbergh Porter / by AZM per email authority* |
| 5 | _____<br>LINDBERGH PORTER |
| 6 | 333 Bush Street, 17th Floor<br>San Francisco, CA 94104 |
| 7 | Telephone: 415/273-7440<br>415/837-1516 (fax) |
| 8 |  |
| 9 | Attorneys for Defendants IMPAX Laboratories,<br>Inc., Barry R. Edwards, Charles Hsiao, Larry<br>Hsu, Cornel C. Spiegler, David S. Doll and David |
| 10 | J. Edwards |
| 11 |  |
| 12 | DATED: January 12, 2005    LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 13 | AZRA Z. MEHDI<br>MONIQUE C. WINKLER |
| 14 | SHANA E. SCARLETT |
| 15 | *Azra Mehdi* |
| 16 | _____<br>AZRA Z. MEHDI |
| 17 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 18 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 19 |  |
| 20 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 21 | WILLIAM S. LERACH<br>401 B Street, Suite 1600 |
| 22 | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 23 | 619/231-7423 (fax) |
| 24 | Attorneys for Plaintiff Charles Rosen |
| 25 | DATED: January ___, 2005    GREEN WELLING LLP |
| 26 | ROBERT S. GREEN |
| 27 |  |
| 28 | _____<br>ROBERT S. GREEN |

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS
ACTIONS - C-04-4802-JW                                                                                                 - 4 -
122077.00601/35660193v1

|   |   |
|---|---|
| 1 | ALLEN MATKINS LECK GAMBLE |
| 2 |   & MALLORY LLP |
|   | LINBERGH PORTER |
| 3 |   |
| 4 |   |
| 5 | _____ |
|   | LINDBERGH PORTER |
| 6 | 333 Bush Street, 17th Floor |
|   | San Francisco, CA 94104 |
| 7 | Telephone: 415/273-7440 |
|   | 415/837-1516 (fax) |
| 8 |   |
|   | Attorneys for Defendants IMPAX Laboratories, |
| 9 | Inc., Barry R. Edwards, Charles Hsiao, Larry |
|   | Hsu, Cornel C. Spiegler, David S. Doll and |
| 10 | David J. Edwards |

DATED: January ___, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
MONIQUE C. WINKLER
SHANA E. SCARLETT

_____
AZRA Z. MEHDI

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff Charles Rosen

DATED: January 12, 2005

GREEN WELLING LLP
ROBERT S. GREEN

/s/ Robert S. Green
_____
ROBERT S. GREEN

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS
ACTIONS - C-04-4802-JW     - 4 -

235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: 415/477-6700
415/477-6710 (fax)

SCHIFFRIN & BARROWAY, LLP
MARC A. TOPAZ
RICHARD A. MANISKAS
TAMARA SKVIRSKY
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: 610/667-7706
610/667-7056 (fax)

Attorneys for Plaintiff Edward Mihalik

DATED: January 11, 2005

MILBERG WEISS BERSHAD &
 SCHULMAN LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN

_____

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: 213/617-1200
213/617-1975 (fax)

MILBERG WEISS BERSHAD &
 SCHULMAN LLP
STEVEN G. SCHULMAN
PETER E. SEIDMAN
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)

Attorneys for Plaintiff Helena Tetzeli

DATED: January ___, 2005

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
PETER A. BINKOW

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS - C-04-4802-JW - 5 -

122077.00601/35660193v1

```
 1
 2                                    235 Pine Street, 15th Floor
                                      San Francisco, CA  94104
 3                                    Telephone:  415/477-6700
                                      415/477-6710 (fax)
 4
                                      SCHIFFRIN & BARROWAY, LLP
 5                                    MARC A. TOPAZ
                                      RICHARD A. MANISKAS
 6                                    TAMARA SKVIRSKY
                                      Three Bala Plaza East, Suite 400
 7                                    Bala Cynwyd, PA  19004
                                      Telephone:  610/667-7706
 8                                    610/667-7056 (fax)

 9                                    Attorneys for Plaintiff Edward Mihalik

10  DATED:  January ___, 2005         MILBERG WEISS BERSHAD &
                                         SCHULMAN LLP
11                                    JEFF S. WESTERMAN
                                      ELIZABETH P. LIN
12
13
14                                    _____
15                                    355 S. Grand Avenue, Suite 4170
                                      Los Angeles, CA  90071-3172
16                                    Telephone:  213/617-1200
                                      213/617-1975 (fax)
17
                                      MILBERG WEISS BERSHAD &
18                                       SCHULMAN LLP
                                      STEVEN G. SCHULMAN
19                                    PETER E. SEIDMAN
                                      One Pennsylvania Plaza
20                                    New York, NY  10119
                                      Telephone:  212/594-5300
21                                    212/868-1229 (fax)

22                                    Attorneys for Plaintiff Helena Tetzeli

23  DATED:  January 19, 2005          GLANCY BINKOW & GOLDBERG LLP
                                      LIONEL Z. GLANCY
24                                    PETER A. BINKOW

25                                      _Jeffrey Norton_ /by ALM
26                                                       /per email
                                                         /authorization
27
28
```

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS
ACTIONS - C-04-4802-JW                                                          - 5 -
122077.00601/35660193v1

|   |   |
|---|---|
| 1 | 1801 Avenue of the Stars, Suite 311 |
| 2 | Los Angeles, CA 90067<br>Telephone: 310/201-9150 |
|   | 310/201-9160 (fax) |

1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

WECHSLER HARWOOD LLP
ROBERT I. HARWOOD
JEFFREY M. NORTON
488 Madison Avenue
New York, NY 10022
Telephone: 212/935-7400
212/753-3630 (fax)

Attorneys for Plaintiff Shelley Elnekave

LAW OFFICES OF CHARLES J. PIVEN, P.A.
CHARLES J. PIVEN
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Telephone: 410/332-0030
410/685-1300 (fax)

Of Counsel for Plaintiff Shelley Elnekave

DATED: January 19, 2005

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
PETER A. BINKOW

_____
Patrick Dahlstrom /by AZH/
/per telephone authorization/

1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP
PATRICK V. DAHLSTROM
One North La Salle Street #2225
Chicago, IL 60602
Telephone: 312/377-1181
312/377-1184 (fax)

Attorneys for Plaintiff Navtej S. Bhandari

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS
ACTIONS - C-04-4802-JW
122077.00601/35660193v1

- 6 -

\* \* \*

# ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 2/8/05                    /s/ James Ware
                                 THE HONORABLE JAMES WARE
                                 UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\User\Local Settings\Temp\35660193_1.DOC

STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS - C-04-4802-JW                                                                                          - 7 -
122077.00601/35660193v1

# EXHIBIT A

| | |
|---|---|
| C04-4802 JW | *Charles Rosen v. IMPAX Laboratories, Inc., et al.* |
| C04-4920 JW | *Edward Mihalik v. IMPAX Laboratories, Inc., et al.* |
| C04-5057 JW | *Helena Tetzeli v. IMPAX Laboratories, Inc., et al.* |
| C04-5215 JW | *Shelley Elnekave v. IMPAX Laboratories, Inc., et al.* |
| C04-5252 JW | *Navtej Bhandari v. IMPAX Laboratories, Inc., et al.* |

122077.00601/35660193v1

## DECLARATION OF SERVICE BY FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 19, 2005, declarant served by facsimile the **STIPULATION AND [PROPOSED] CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS** to the parties listed on the attached Service List.

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January, 2005, at San Francisco, California.

                                         / S / Monina O. Gamboa
                                           MONINA O. GAMBOA

IMPAX LABS
Service List - 1/12/2005   (04-0553)
Page 1 of 2

### Counsel For Defendant(s)

Lindbergh Porter
Allen, Matkins, Leck, Gamble & Mallory, LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
   415/837-1515
   415/837-1516(Fax)

Joseph O. Click
Blank Rome LLP
600 New Hampshire Avenue, N.W.
11th Floor
Washington, DC 20037
   202/944-3000
   202/944-3068(Fax)

### Counsel For Plaintiff(s)

Lionel Z. Glancy
Peter A. Binkow
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
   310/201-9150
   310/201-9160(Fax)

Robert S. Green
Green Welling LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
   415/477-6700
   415/477-6710(Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
   410/332-0030
   410/685-1300(Fax)

Lawrence G. Soicher **
Law Offices of Lawrence G. Soicher
305 Madison Avenue, 46th Floor
New York, NY 10165
   212/883-8000
   212/697-0877(Fax)

Azra Z. Mehdi
Monique C. Winkler
Shana E. Scarlett
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
   415/288-4545
   415/288-4534(Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
   619/231-1058
   619/231-7423(Fax)

  ** Denote service by U.S. Mail.

IMPAX LABS
Service List - 1/12/2005    (04-0553)
Page 2 of 2

Steven G. Schulman
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229(Fax)

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL  60602-3908
  312/377-1181
  312/377-1184(Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
  212/935-7400
  212/753-3630(Fax)

Jeff S. Westerman
Elizabeth P. Lin
Milberg Weiss Bershad & Schulman LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA  90071
  213/617-1200
  213/617-1975(Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skivirsky
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
  610/667-7706
  610/667-7056(Fax)